**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 3:11-CR-049-LRH (VPC) |
| HENRY BARRO, | ) ) ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 25, 2011, defendant HENRY BARRO pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). #1, #20.

This Court finds defendant HENRY BARRO agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment. #1, #20.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant HENRY BARRO pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a.    Marlin, Model 70P, .22 caliber rifle, serial number 12373287;

    b.    7 Rounds FEDERAL .22 caliber ammunition and magazine; and

    c.    any and all ammunition ("property").

1    This Court finds the United States of America is now entitled to, and should, reduce the
2    aforementioned property to the possession of the United States of America.
3    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4    United States of America should seize the aforementioned property.
5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6    HENRY BARRO in the aforementioned property is forfeited and is vested in the United States of
7    America and shall be safely held by the United States of America until further order of the Court.
8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9    shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12   the name and contact information for the government attorney to be served with the petition,
13   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
15   with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South
16   Virginia Street, 3rd Floor, Reno, NV 89501.
17   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19   following address at the time of filing:
20       Greg Addington
    Assistant United States Attorney
21       100 West Liberty Street, Suite 600
    Reno, NV 89501
22
23   . . .
24   . . .
25   . . .
26   . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.
5    DATED this  1st   day of        November        , 2011.

		_____
		LARRY R. HICKS
		UNITED STATES DISTRICT JUDGE