AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

v.

HENRY BARRO,

        Defendant-Petitioner.

JUDGMENT

Case Numbers: **3:11-cr-00049-LRH-CLB-1**
                          **3:17-cr-00005-LRH-WGC**

Related Cases: 3:20-cv-00368-LRH,
                        3:20-cv-00369-LRH.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Barro's Motions to Vacate, Set Aside, or Correct Sentence (ECF No. 67 in Case No. 3:11-cr-00049-LRH-CLB-1; and, ECF No. 40 in Case No. 3:17-cr-00005-LRH-WGC) are **DENIED**.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.



Date: January 27, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk